# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1023
_____

SCOTT THOMAS HICKS,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Bay County.
Timothy Register, Judge.

March 7, 2024


PER CURIAM.

   AFFIRMED.

LEWIS, BILBREY, and LONG, JJ., concur.


_____


***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Scott Thomas Hicks, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.